613 A.2d 1162

LACEY TOWNSHIP BOARD OF EDUCATION, PLAINTIFF-APPELLANT, v. LACEY TOWNSHIP EDUCATION ASSOCIATION, DEFENDANT-RESPONDENT.

Argued September 14, 1992—Decided October 20, 1992.

*Arthur Stein* argued the cause for appellant (*Arthur Stein & Associates,* attorneys; *Maria Ann Stork* and *David A. Semanchik,* on the brief).

*Joel D. Rosen* argued the cause for respondent (*Wills, O'Neill & Mellk,* attorneys; *Arnold M. Mellk,* of counsel).

*Michael F. Kaelber*, Associate Counsel, submitted a brief on behalf of *amicus curiae* New Jersey School Boards Association (*Sheila Dow Ford*, Director, Legal Department, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge D'Annunzio's majority opinion for the Appellate Division, reported at 259 *N.J.Super.* 397, 613 *A.*2d 1167 (1991).

POLLOCK and GARIBALDI, JJ., dissenting.

We would reverse, substantially for the reasons expressed in Judge Gruccio's dissenting opinion, reported at 259 *N.J.Super.* 397, 400, 613 *A.*2d 1167, 1169 (1991).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, O'HERN and STEIN—5.

*For reversal*—Justices POLLOCK and GARIBALDI—2.